THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
WALLACE G. GARLAND, Respondent.

(Argued November 20, 1934; decided December 7, 1934.)

*John J. Bennett, Jr., Attorney-General (Ambrose V.
McCall, John F. X. McGohey* and *Colin McLennan* of
counsel), for appellant.

*Joseph A. Shay* and *Edwin M. Reiskind* for respondent.

Appeal dismissed without prejudice to an application
by the appellant for appropriate relief in the Appellate
Division on the authority of *People* v. *Bergman* (252
N. Y. 346). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN,
HUBBS, CROUCH and LOUGHRAN, JJ.